IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:18-cv-00003-BO

ATLANTIC COAST PIPELINE, LLC,

          *Plaintiff,*

   v.

0.25 ACRE, MORE OR LESS, IN
NORTHAMPTON COUNTY, NORTH
CAROLINA *et al.*,

          *Defendants.*

**ORDER OF DISMISSAL**

Plaintiff Atlantic Coast Pipeline, LLC ("Atlantic"), has filed a Motion to Dismiss Certain Defendants from this action pursuant to Federal Rule of Civil Procedure 71.1(i)(2). Upon consideration of that motion, the Court finds that settlements have been reached between Atlantic and the Unknown Remaining Heirs of Boatman Bennett Cornelius Stewart.

Thus, the above-listed defendants are no longer necessary to this litigation. Atlantic's motion is therefore granted and the Court DIRECTS the Clerk to dismiss, without prejudice, the Unknown Remaining Heirs of Boatman Bennett Cornelius Stewart.

It is so ORDERED.

Date: October 25, 2019

HONORABLE TERRENCE W. BOYLE
Chief United States District Judge