IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:18-CV-00003-BO

| | |
|---|---|
| ATLANTIC COAST PIPELINE, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>0.25 ACRES, MORE OR LESS, IN )<br>NORTHAMPTON COUNTY, NORTH )<br>CAROLINA, *et al.*, )<br>    Defendants. | O R D E R |

Following a hearing on July 6, 2023, the Court granted entry of final judgment in this matter and its order was entered on the Court's docket on July 7, 2023. [DE 79]. It appearing that plaintiff has complied with its obligations outlined in paragraphs two through five and ten of the Court's order, *see* [DE 80 – 82], the Clerk is DIRECTED to close this case.

SO ORDERED, this __18__ day of August 2023.

                                    TERRENCE W. BOYLE
                                    UNITED STATES DISTRICT JUDGE